United States Bankruptcy Court

Western District of Arkansas

Rice,
    Plaintiff

F & T Labor Consultants, LLC,
    Defendant

Adv. Proc. No. 25-07020-rdt

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0861-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 02, 2025 | Form ID: nhrg | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | F & T Labor Consultants, LLC, 3516 Highway 160 E., Hermitage, AR 71647-9068 |
| dft | + | KRF Consultant, Inc., 412 Bradley 56, Hermitage, AR 71647-9084 |
| dft | + | Kimberly Renee Ferrell, 3516 Hwy 160E, Hermitage, AR 71647-9068 |
| pla | + | M. Randy Rice, 124 W. Capitol, Suite 1850, Little Rock, AR 72201-3724 |
| dft | + | Marcos Torres, 703 Hankins Street, Warren, AR 71671-3005 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 04, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hani W. Hashem | on behalf of Defendant Marcos Torres hwh@hashemlawfirm.com glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Defendant Kimberly Renee Ferrell hwh@hashemlawfirm.com glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Defendant KRF Consultant Inc. hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |

| | | |
|---|---|---|
| District/off: 0861-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 02, 2025 | Form ID: nhrg | Total Noticed: 5 |

Hani W. Hashem
    on behalf of Defendant F & T Labor Consultants  LLC hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;hwh@hashemlawfirm.com

James Knoepp
    on behalf of Plaintiff M. Randy Rice jknoepp@gmail.com  jknoepp@recap.email

M. Randy Rice
    randyrice2@comcast.net  office523@comcast.net;mrr@trustesolutions.net;office523@comcast.net;cmrr11@trustesolutions.net

U.S. Trustee (ust)
    USTPRegion13.LR.ECF@usdoj.gov  kent.h.johnson@usdoj.gov


TOTAL: 7

Form nhrg

## UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

---

M. Randy Rice,
Plaintiff

v.

F & T Labor Consultants, LLC, et al.
Defendant

Adv. Proc. No. 1:25−ap−07020                    Judge: Richard D. Taylor

In Re:  Lowry Farms, Inc.
Debtor

                              Bankruptcy Case No.: 1:24−bk−70535
                              Chapter 7

---

PLEASE TAKE NOTICE that a Trial has been scheduled before Judge Richard D. Taylor at

U.S. Post Office and Courthouse, 101 S. Jackson Ave., 2nd Fl Courtroom, El Dorado, AR 71730

on 1/15/26 at 09:30 AM

to consider and act upon the following:

*1* − Adversary case 1:25−ap−07020. Complaint by M. Randy Rice against F & T Labor Consultants, LLC, KRF Consultant, Inc., Kimberly Renee Ferrell, Marcos Torres. Fee Amount (Attachments: # 1 Adversary Proceeding Cover Sheet) Nature of Suit: (12 (Recovery of money/property − 547 preference)) (13 (Recovery of money/property − 548 fraudulent transfer)) (Knoepp, James)

*6* − Amended Answer to Complaint Filed by Hani W. Hashem on behalf of Defendant Kimberly Renee Ferrell, Defendant F & T Labor Consultants, LLC, Defendant KRF Consultant, Inc., Defendant Marcos Torres (Hashem, Hani)Modified on 7/10/2025 (HA).

Dated: 10/2/25

                              Linda McCormack, Clerk
                              By:
                              Erika Scales
                              Deputy Clerk